UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| CHARLES LAMB,              )<br>                                        )<br>            Plaintiff,    )<br>                                        )<br>vs.                              )<br>                                        )<br>HUBER,                         )<br>                                        )<br>            Defendant.  )<br>_____) | 3:06-cv-00314-LRH-VPC<br><br><u>ORDER</u> |

On May 8, 2007, the court entered an order (#3) advising Plaintiff that his complaint was completely illegible and giving Plaintiff thirty (30) days to submit a First Amended Civil Rights Complaint that was legible and clearly described each of his claims. Plaintiff was further advised to either submit the full $350.00 filing fee or a completed Application to Proceed in Forma Pauperis. The order and accompanying documents provided by the Clerk were returned as undeliverable and marked "Discharged, Return to Sender."

Pursuant to Rule 2-2 of Local Rules of Practice of the District of Nevada, LSR 2-2: "The plaintiff shall immediately file with the court written notification of any change of address. . . . . Failure to comply with this rule may result in dismissal of the action with prejudice."

The Plaintiff has failed to comply with the court's order to file an amended complaint; he has failed to either submit the full $350.00 filing fee or a completed Application to Proceed in

///

///

///

1 | Forma Pauperis and he has also failed to notify the court of his change of address; therefore, this
2 | case shall be dismissed without prejudice.
3 |     IT IS SO ORDERED.
4 |     DATED this 17th day of January, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE