AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

CHARLES LAMB,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

       CASE NUMBER: **3:06-cv-00314-LRH-VPC**

HUBER,

      Defendants.

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this case shall be dismissed without prejudice on the basis that Petitioner has failed to comply with the court's order to file an amended complaint; he has failed to either submit the full $350.00 filing fee or a completed Application to Proceed in Forma Pauperis and he has also failed to notify the court of his change of address.

  January 18, 2008                                 **LANCE S. WILSON**
                                                                                  Clerk

                                                                             /s/ Katie Lynn Ogden
                                                                                Deputy Clerk